**U.S. Department of Justice**

United States Attorney's Office
District of New Jersey
*Civil Division*

ROBERT FRAZER
UNITED STATES ATTORNEY

*Bridget E. Zarrillo*
*Assistant United States Attorney*

*970 Broad Street, Suite 700*
*Newark, NJ 07102*

*Main: (973) 645-2700*
*Direct: (973) 297-2034*
*bridget.zarrillo@usdoj.gov*

September 14, 2026

**BY ECF**
Hon. Claire C. Cecchi, U.S.D.J.
United States District Court
Martin Luther King Building
& U.S. Courthouse
50 Walnut Street
Newark, NJ 07102

**Re: *Xibirchay v. Mullin, et al.*, No. 26-11872 (CCC)**
**Petitioner's Release**

Dear Judge Cecchi:

This Office represents Respondents in this habeas action. We respectfully write in response to this Court's Text Order, ECF No. 2, to report that U.S. Immigration and Customs Enforcement ("ICE") informed this Office that Petitioner was released from custody at 10:40 a.m. on September 12, 2026.[1]

We therefore respectfully request that the Court close this case and lift all temporary restraints. We thank the Court for its attention to this matter.

Respectfully submitted,

---

[1] Respondents have released Petitioner in accordance with this Court's Order because, according to ICE, Petitioner has no criminal history and no final order of removal. *See* ECF No. 2. However, to preserve the issue for appeal, Respondents respectfully assert that Petitioner was lawfully detained pursuant to 8 U.S.C. § 1226(a) and in accordance with the Third Circuit's recent decision in *Buele Morocho v. Warden Philadelphia FDC*, ---F.4th----, 2026 WL 2546223, (3d Cir. Aug. 28, 2026). ICE informs this Office that Petitioner was served with a Form I-286 Notice of Custody Determination, which provides him with the opportunity to request a custody redetermination before an immigration court in accordance with 8 U.S.C. § 1226(a). Therefore, the appropriate avenue for Petitioner to challenge his detention is to seek a custody redetermination hearing before an immigration judge. *See* 8 C.F.R. § 1003.19.

ROBERT FRAZER
United States Attorney

By: *s/ Bridget E. Zarrillo*
Bridget E. Zarrillo
Assistant United States Attorney
*Attorneys for Respondents*

cc: Counsel of Record (via ECF)

In light of Petitioner's release, the Clerk's Office is directed to close this case.

SO ORDERED

*s/Claire C. Cecchi*
CLAIRE C. CECCHI, U.S.D.J.

Date: 9/18/2026